UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 3 2016 2A

David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 5:16-CR-00138 |
| GABRIEL AMAYA ORTEGA | § | |

## FACTUAL STATEMENT IN SUPPORT OF PLEA AGREEMENT

The United States of America, by and through Kenneth Magidson, United States Attorney for the Southern District of Texas and JORGE VELA, Assistant United States Attorney, and the defendant, GABRIEL AMAYA ORTEGA and the defendant's counsel, hereby stipulate as follows:

I.

If this case proceeded to trial, the United States of America would prove each element of the offense beyond a reasonable doubt. The following facts, among others, would be offered to establish the Defendant's guilt:

II.

On January 20, 2016, the Defendant, Gabriel Amaya Ortega, attempted entry into the United States through the Lincoln Juarez Bridge in Laredo, Texas. Ortega claimed to be a United States citizen and declared multiple boxes of Mexican candies. Ortega lacked sufficient proof of US citizenship and offered an inconsistent travel itinerary. He was referred to secondary inspection.

At secondary, agents searched the candy and found a white crystal like substance inside

14

the prepackaged candy. The substance tested positive for methamphetamine and weighed 12.62 kilograms in total.

Agents interviewed Ortega. Ortega stated that he was approached by co-worker in Houston and offered money in order to transport narcotics from Mexico. Ortega also gave a written statement, admitting he traveled to Mexico to pick up drugs.

The Defendant, GABRIEL AMAYA ORTEGA, hereby confesses and judicial admits that on January 20, 2016, he knowingly imported a detectable amount of a controlled substance, namely methamphetamine, from the United Mexican States into the United States of America in violation of Title 18 U.S.C. Section 963.

_____
GABRIEL AMAYA ORTEGA
Defendant

APPROVED:

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____        _____
Jorge Vela                                  David Castillo
Assistant United States Attorney            Attorney for Defendant
Southern District of Texas
Telephone: (956) 723-6523
Email: Jorge.vela@usdoj.gov