June 21, 2017

Attn: Edgar Hernandez
      Deputy Clerk
      U.S. District Court
      Southern District of Texas
      1300 Victoria
      Room 1131
      Laredo, Texas 78042-0597

United States District Court
Southern District of Texas
FILED

JUN 2 3 2017

David J. Bradley, Clerk
Laredo Division

RE: United States v. Amaya-Ortega
    Criminal Case Number: 5:16-cr-00138
    Transcriber Contact Information.

Respectable Deputy Clerk Hernandez,

    On December 27, 2016, your office wrote me back and informed me of the approximate cost in providing me transcripts of my Sentencing Hearing. I was finally able to receive the money and was going to send it to your office but once I read the letter again I realized that your office will not be making the transcripts. Please know that I do not have access to contact information for a Transcriber and would not know how to go about contacting one.
    For said reason I am asking your help in obtaining contact information for a Transcriber that readily does business with your office so I can pay that person to get the transcripts made for me. If I am mistaken and your office can in fact make the transcripts please inform me of that as soon as possible so I can send the money.
    I thank you in advance for your valuable time, attention and consideration to my concerns and requests. I will look forward to your continued assistance.

P.S.
I have enclosed a copy
of the December 27, 2016,
letter for your referencing.
Thank you again for all your
help.

Respectfully,

*Gabriel Amaya*
Gabriel Amaya-Ortega
Reg. No. 05680-479
FCI Beaumont Medium
P.O. Box 26040
Beaumont, Texas 77720



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK
1300 Victoria, Room #1131
LAREDO, TEXAS 78042-0597
956/723-3542   FAX:956/726- 2289

DATE:     December 27th. 2016

TO:       Mr. Gabriel Amaya-Ortega (USM No. 05680-479)

FROM:     Edgar Hernandez - Judicial Support Specialist
          1300 Victoria St. Room #1131
          Laredo, Texas 78041

Re:       5:16-CR-138.

Mr. Ortega:

    We are in receipt of your correspondence asking for information on a Transcript which took place on files in August 18, 2016. I am including information which will be helpful and also contains who to contact to make arrangements. Please feel free to contact a Transcriber of your choice and call them or contact them by mail directly so that you can be the financial arrangements for your transcript request. The estimate I gathered is $156.95 (43 mins @ $3.65), but the transcriber could give you a different amount. Please make sure to let the transcriber know to inform us when that is done so that we can forward the necessary information to them and they can complete your request on time

Thank you.

*Edgar Hernandez*
Deputy Clerk

Gabriel Amaya-Ortega
Reg. No. 05680-479
FCI Beaumont Medium
P.O. Box 26040
Beaumont, Texas 77720



NORTH HOUSTON TX 773
21 JUN 2017 PM 5 L

United States Courts
Southern District of Texas
RECEIVED

JUN 23 2017  TL

David J. Bradley, Clerk
Laredo Division

Attn: Edgar Hernandez
      Deputy Clerk
      U.S. District Court
      Southern District of Texas
      1300 Victoria
      Room 1131
      Laredo, Texas 78042-0597

78040-501981